**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 1:19-CR-00194 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD JACKSON | : | |
| | : | Judge Jennifer P. Wilson |

## ORDER

**AND** NOW, on this 30th day of June 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant Jackson's motion to reduce his sentence under Section 404 of the First Step Act, Doc. 87, is **CONSTRUED** as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

2. The Clerk of Court is directed to **TRANSFER** the petition for writ of habeas corpus, Doc. 87, to the United States District Court for the District of New Hampshire.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: June 30, 2026

1